VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF NORFOLK

DR. MAMADOU KONATE,

    **Plaintiff,**

v.                                **CIVIL NUMBER: CL21-5224**

NORFOLK STATE UNIVERSITY,

    **Defendant.**

## ORDER

This action came to be heard February 3, 2022, on the defendant's plea in bar. The plaintiff appeared by counsel, Thomas F. Hennessy, Esq. The defendant appeared by counsel, Randy C. Sparks, Jr., Esq. The Court had previously received written submissions of counsel and that day received argument.

The Court SUSTAINS the plea in bar.

This is an action for retaliation in employment under *Code* § 40.1-27.3, and the plea in bar turns on the proper definition of "employer" as used in the statute. The statute is found in Article 1 of Chapter 3 of Title 40.1. "Employer" is not defined in the statute or in that article. The word is defined in *Code* § 40.1-2, which is found in Chapter 1:

> As used in this title, unless the context clearly requires otherwise, the following terms have the following meanings:
>
> "Employer" means an individual, partnership, association, corporation, legal representative, receiver, trustee, or trustee in bankruptcy doing business in or operating within this Commonwealth who employs another to work for wages, salaries, or on commission and shall include any similar entity acting directly or indirectly in the interest of an employer in relation to an employee.

*Code* § 40.1-2.1 provides:

Office of
GEORGE E. SCHAEFER
Clerk of the
Circuit Court
Norfolk, Virginia

February 7, 2022

Exhibit B

1

> The provisions of this title and any rules and regulations promulgated pursuant thereto shall not apply to the Commonwealth or any of its agencies, institutions, or political subdivisions, or any public body, unless, and to the extent that, coverage is extended by specific regulation of the Commissioner or the Board.

The plaintiff does not contest the defendant's status as an agency or institution of the Commonwealth, nor does he contend the Commissioner of Labor and Industry or the Safety and Health Codes Board has issued any rule or regulation applying *Code* § 40.1-27.3 to the Commonwealth or the defendant.

The plaintiff claims the Court should apply the definition of "employer" found in *Code* § 40.1-28.9, which does specifically include the Commonwealth. However, that definition is located in Article 1.1 of Chapter 3 and is restricted to that article.

The plaintiff claimed, for the first time at argument, that he also brings this action under § 704(a) of the Civil Rights Act of 1964. If such was his intent, the intent is well disguised. In the "Introduction" to the complaint, the plaintiff states: "This is an action for retaliation in violation of *Va. Code* § 40.1-27.3." Even though nothing in the Rules of the Supreme Court requires a separate count in a complaint for each right of action asserted, it is a convention members of the Bar often follow. The plaintiff asserts only one count in his complaint, and it is for "Retaliation in violation of *Virginia Code* § 40.1-27.3."

The plaintiff does mention the Civil Rights Act of 1964 in paragraphs 15 and 18, but he does not clearly bring his case under it.

The plaintiff is granted leave to file an amended complaint by February 28, 2022, asserting a claim under the Civil Rights Act of 1964. If no amended complaint is filed by that date, this action will stand dismissed with prejudice.

Office of
GEORGE E. SCHAEFER
Clerk of the
Circuit Court
Norfolk, Virginia

February 7, 2022

2

Endorsements are waived pursuant to Rule 1:13. The Court has caused copies of this order to be sent to counsel for the parties.

**ENTER: February 7, 2022**

_____
Judge

Office of
**GEORGE E. SCHAEFER**
Clerk of the
Circuit Court
Norfolk, Virginia

February 7, 2022

3

JURY

# U.S. District Court
# Eastern District of Virginia - (Norfolk)
# CIVIL DOCKET FOR CASE #: 2:22-cv-00125-EWH-LRL

Konate v. Norfolk State University  
Assigned to: District Judge Elizabeth W. Hanes  
Referred to: Magistrate Judge Lawrence R. Leonard  
Demand: $600,000  
Case in other court: City of Norfolk Circuit Court, CL21-005224  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 03/22/2022  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Dr. Mamadou Konate**   represented by   **Thomas Francis Hennessy**
Thomas F. Hennessy
4015 Chain Bridge Rd
Suite G
Fairfax, VA 22030
703-865-8836
Fax: 703-865-7633
Email: thennessy@virginiawage.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norfolk State University**   represented by   **Randy Carl Sparks , Jr.**
Kaufman & Canoles PC (Richmond)
1021 East Cary Street
Suite 1400
Richmond, VA 23129
(804) 771-5709
Email: rcsparks@kaufcan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Kerk Reyes**
Kaufman & Canoles PC (Norfolk)

150 W Main St  
Suite 2100  
PO Box 3037  
Norfolk, VA 23510  
(757) 624-3000  
Fax: 888-360-9092  
Email: skreyes@kaufcan.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2022 | 1 | Notice of Removal ( Filing fee $ 402, receipt number AVAEDC-8305672.), filed by Norfolk State University. (Attachments: # 1 Exhibit A - Norfolk Circuit Court Pleadings, # 2 Civil Cover Sheet Civil Cover Sheet)(Sparks, Randy) (Entered: 03/22/2022) |
| 03/22/2022 | | Initial Case Assignment to District Judge Roderick C. Young and Magistrate Judge Lawrence R. Leonard. (epri, ) (Entered: 03/23/2022) |
| 03/23/2022 | 2 | Magistrate Judge Notice and Judge's Information to counsel. (epri, ) (Entered: 03/23/2022) |
| 04/11/2022 | 3 | ORDER re 1 Notice of Removal filed by Norfolk State University. More than 7 days have passed since the filing of the Notice of Removal with no answer or responsive filing by Defendant. The Court GRANTS Defendant leave to file an answer or responsive filing within 7 days of the date of this Order. Signed by District Judge Roderick C. Young on 4/11/22. (bpet, ) (Entered: 04/11/2022) |
| 04/18/2022 | 4 | MOTION to Dismiss by Norfolk State University. (Sparks, Randy) (Entered: 04/18/2022) |
| 04/18/2022 | 5 | Memorandum in Support re 4 MOTION to Dismiss filed by Norfolk State University. (Attachments: # 1 Exhibit A - EEOC Dismissal & Right to Sue)(Sparks, Randy) (Entered: 04/18/2022) |
| 04/19/2022 | 6 | NOTICE of Appearance by Sharon Kerk Reyes on behalf of Norfolk State University (Reyes, Sharon) (Entered: 04/19/2022) |
| 05/02/2022 | 7 | RESPONSE in Opposition re 4 MOTION to Dismiss filed by Dr. Mamadou Konate. (Attachments: # 1 Exhibit Exhibit A)(Hennessy, Thomas) (Entered: 05/02/2022) |
| 05/09/2022 | 8 | REPLY to Response to Motion re 4 MOTION to Dismiss filed by Norfolk State University. (Sparks, Randy) (Entered: 05/09/2022) |
| 08/23/2022 | | Case Reassigned to District Judge Elizabeth W. Hanes. District Judge Roderick C. Young no longer assigned to the case. (afar) (Entered: 08/23/2022) |
| 08/29/2022 | 9 | Request for Hearing by Norfolk State University re 4 MOTION to Dismiss (Reyes, Sharon) (Entered: 08/29/2022) |
| 10/20/2022 | 10 | ORDER SETTING PRETRIAL CONFERENCE. Initial pretrial conference scheduled for November 3, 2022 at 10:00 AM via videoconference. See Order for details. Signed by District Judge Elizabeth W. Hanes on 10/20/22. (jhie, ) (Entered: 10/20/2022) |

| 10/20/2022 |    | Set Hearings: Initial Pretrial Conference set for 11/3/2022 at 10:00 AM in Norfolk Remote before District Judge Elizabeth W. Hanes. (jhie, ) (Entered: 10/20/2022) |
|---|---|---|
| 10/25/2022 | 11 | RULE 26(f) PRETRIAL ORDER: Rule 16(b)Initial Pretrial Conference set for 11/17/2022 at 10:00 AM in Norfolk Remote before District Judge Elizabeth W. Hanes. Signed by District Judge Elizabeth W. Hanes on 10/25/2022. (kgall) (Entered: 10/25/2022) |
| 11/17/2022 | 12 | Minute Entry for proceedings held before District Judge Elizabeth W. Hanes: Matter came on for Initial Pretrial Conference held on 11/17/2022. Parties answered questions of the Court. Court grants leave to file Amended Complaint within 14 days. Defendant granted leave to file Amended Motion to Dismiss if Amended Complaint is filed. (kgall) (Entered: 11/17/2022) |