**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

ELMER T. PRESTON,                           )
                                            )
         Plaintiff,                         )
                                            )
         v.                                 )        Civil Action No. 1:23-CV-00053
                                            )
VIRGINIA COMMUNITY                          )
COLLEGE SYSTEM,                             )
DEFENDANT.                                  )
                                            )
         Defendant.                         )

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

NOW COMES counsel for Elmer T. Preston and requests that this Honorable Court

allow Cerid E. Lugar to withdraw as counsel in these causes and in support thereof states the

following:

Irreconcilable differences have arisen between Mr. Preston and their counsel. These

differences prevent any further effective representation of Mr. Preston..

WHEREFORE, counsel for Elmer T. Preston respectfully requests the Court to

relieve her as counsel of record and relieve her of any further responsibilities in connection

with this case.

                                   Respectfully submitted,
                                   ELMER T. PRESTON


                                   _____
                                   Cerid Lugar VSB #77006

P.O. Box 8834
Roanoke, VA 24014
P: 540-523-1633
F: 540-301-2283
          *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

          The undersigned hereby certifies that on the 20th day of February 2025, the foregoing was electronically mailed to the following:


Faith A. Alejandro (VSB No. 80076)
Katie M. DeCoster (VSB No. 82696)
Lindsay Bunting Eubanks (VSB No. 94686)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218
Telephone (804) 648-1998
Facsimile  (804)783-7291
*Counsel for Defendant*


_____

Cerid E. Lugar

2