CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

February 24, 2025

LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Abingdon Division

| | |
|---|---|
| **ELMER T. PRESTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 1:23cv00053-JPJ-PMS |
| ) | |
| **VIRGINIA COMMUNITY** ) | |
| **COLLEGE SYSTEM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This matter is before the court on the Motion To Withdraw As Counsel, (Docket Item No. 46) ("Motion"), filed by plaintiff's counsel. Based on the arguments and representations contained in the Motion, the Motion is **GRANTED**, and plaintiff's counsel, Cerid E. Lugar, is relieved as counsel or record for the plaintiff in this case.

It is **ORDERED** that the plaintiff, Elmer T. Preston, shall have 30 days from the date of entry of this Order to retain substitute counsel. If no attorney enters an appearance for the plaintiff within this period, the plaintiff shall proceed in this matter unrepresented.

It is **FURTHER ORDERED** that the deadline for the plaintiff to provide his discovery responses, which are currently due to defense counsel, is **STAYED** temporarily pending the appearance of substitute counsel.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to Elmer T. Preston.

**ENTERED:** February 24, 2025.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE