IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA ABINGDON DIVISION

**Elmer Preston,**
**Plaintiff,**
vs. Case No.: 1:23-cv-00053-JPJ-PMS
**Katie M. DeCoster, Sands Anderson PC,**
**Faith Abar Alejandro, Sands Anderson PC,**
**Lindsay Kylene Bunting Eubanks**
**Defendant.**

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 21 2025

LAURA A. AUSTIN, CLERK
BY: /s/ K. Campbell
DEPUTY CLERK

**MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL**

Plaintiff, Elmer Preston, respectfully moves this Honorable Court for a 60-day extension of time to obtain legal representation and file any necessary responses in this matter. In support of this motion, Plaintiff states the following:

1. **Background:** Plaintiff is currently without legal representation and is actively seeking an attorney to assist with this case. Despite diligent efforts, Plaintiff has not yet been able to secure counsel.
2. **Good Cause:** The requested extension is necessary to allow sufficient time to locate and retain an attorney experienced in **federal litigation**. Plaintiff has contacted several potential attorneys but requires additional time to complete the process.
3. **Efforts to Obtain Counsel:** Plaintiff has reached out to multiple legal organizations and individual attorneys but has faced delays due to scheduling conflicts and the complexity of the case. Additional time will allow Plaintiff to pursue further resources and obtain proper legal guidance.
4. **Position of Opposing Party:** The Plaintiff has contacted the attorneys on record via email to inquire whether they consent or object to this extension. However, as of the time of this filing, no response has been received.
5. **No Prejudice:** Granting this extension will not unduly prejudice the opposing party and will ensure that Plaintiff has fair opportunity to obtain counsel and adequately present his case.

WHEREFORE, Plaintiff respectfully requests that the Court grant a 60-day extension of time to secure legal representation and respond accordingly.

Respectfully submitted,
*Elmer T. Preston*
Elmer Preston
606 Shenandoah Dr.
Glade Spring, VA 24340 (540) 793-8539 | etprestonva@gmail.com
**Date:** March 21, 2025