IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| ELMER T. PRESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.1:23-CV-00053 |
| ) | |
| VIRGINIA COMMUNITY COLLEGE ) | |
| SYSTEM, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the court on the Consent Motion to Enlarge Time (Docket Item No. 55) ("Motion"). Based on the representations contained in the Motion and the consent of defendant, the Motion is GRANTED.

It is ORDERED that plaintiff shall provide his written discovery responses and expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), by May 23, 2025. Defendant shall disclose any expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), by June 23, 2025. No rebuttal experts shall be retained.

And this cause is continued.

ENTERED: _____.

_____
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

*/s/ Brittany M. Haddox*_____
Brittany M. Haddox (VSB No. 86416)
brittany@haddox.law
HADDOX LAW
1203 Texas Street
Salem, VA 24153
540-765-4284
540-380-0065 *facsimile*

*Counsel for Plaintiff*

*/s/ Katie M. DeCoster*_____
Faith A. Alejandro (VSB No. 80076)
Katie M. DeCoster (VSB No. 82696)
Lindsay Bunting Eubanks (VSB No. 94686)
SANDS ANDERSON PC
919 East Main Street, Suite 2300 (Zip: 23219)
P.O. Box 1998
Richmond, Virginia 23219
Office: (804) 648-1636
Fax: (804) 783-7291
Email: falejandro@sandsanderson.com
       kdecoster@sandsanderson.com
       lbuntingeubanks@sandsanderson.com

*Counsel for Defenda*nt