CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

May 06, 2025

LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| ELMER T. PRESTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.1:23cv00053 |
| VIRGINIA COMMUNITY COLLEGE SYSTEM, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the court on the Consent Motion to Enlarge Time (Docket Item No. 55) ("Motion"). Based on the representations contained in the Motion and the consent of defendant, the Motion is **GRANTED**.

It is **ORDERED** that plaintiff shall provide his written discovery responses and expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), by May 23, 2025. Defendant shall disclose any expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), by June 23, 2025. No rebuttal experts shall be retained.

**ENTERED**: May 6, 2025.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE