CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

July 29, 2025

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **ELMER T. PRESTON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23CV00053 |
| | ) | |
| v. | ) | **ORDER CLOSING CASE** |
| | ) | |
| **VIRGINIA COMMUNITY COLLEGE SYSTEM,** | ) | Judge James P. Jones |
| | ) | |
| Defendant. | ) | |

The court having been advised that a settlement has been reached, the case is hereby administratively closed. The court retains jurisdiction for sixty (60) days. If desired, the parties may hereafter within such time submit an agreed stipulation, final order or judgment. If no such agreed stipulation, final order or judgment is timely submitted, and if no party files a motion to reopen the case or to enforce the terms of the settlement within such time, this action shall, without further order, stand dismissed with prejudice.

It is so **ORDERED**.

ENTER: July 29, 2025

/s/ James P. Jones
Senior United States District Judge