**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**DANVILLE DIVISION**

| | |
|---|---|
| ELMER T. PRESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-CV-00053 |
| | ) |
| VIRGINIA COMMUNITY | ) |
| COLLEGE SYSTEM, | ) |
| DEFENDANT. | ) |
| | ) |
| Defendant. | ) |

## **REQUEST FOR APPROVAL OF ATTORNEY'S FEES**

Notice is hereby given to the Court, the Defendant, Counsel for the Defendant, Sands Anderson PC, 1111 East Main Street, Suite 2400, P.O. Box 1988, Richmond, Virginia 23218, Attorney Adam S. Rafal, Esquire, 101 W. Main Street, Suite 500, Norfolk, Virginia 23510, and Plaintiff, Elmer T. Preston, P.O. Box 105, Glade Spring, Virginia 24340, that the undersigned performed services as counsel in the above styled case for the Plaintiff. The Court at Mr. Preston's request terminated my services on February 24, 2025.

Attached is a statement itemizing the services provided for Defendant, the time spent on each service (rounded to the nearest one-tenth of an hour), and the costs advanced. Also attached are receipts documenting the costs advanced.

The itemized statement is summarized below:

Attorney Hourly Rate: $300.00 per hour pursuant to contract

Attorney Total Hours:  31 hours attached and incorporated herein

Paralegal Hourly Rate: $90.00 per hour

Paralegal Total Hours: 23.10 hours

Fee Requested: $ 11,589.00

Costs Requested: $435.00

Fees and no costs totaling $12,024.00 are sought for the foregoing services, and approval is hereby requested in accordance with Federal Rules of Civil Procedure Rule 54(d).

This request was mailed by first class mail, postage prepaid, upon Defendant, Elmer T. Preston, P.O. Box 105, Glade Spring, Virginia 24340. Any party may file a written objection to this request for approval no later than ten calendar days after service.

## **CERTIFICATE**

The undersigned hereby certifies that on the 5th day of August 2025, the foregoing was electronically mailed to the following:

Faith A. Alejandro (VSB No. 80076)
Katie M. DeCoster (VSB No. 82696)
Lindsay Bunting Eubanks (VSB No. 94686)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218
Telephone (804) 648-1998
Facsimile  (804)783-7291
*Counsel for Defendant*

                                               */s/ Cerid E. Lugar*

                                               Cerid E. Lugar



# INVOICE

Invoice # 1257
Date: 08/05/2025
Due On: 09/04/2025

# Lugar Law

PO Box 8834
Roanoke, VA 24014

Elmer T. Preston
PO Box 105
Glade Spring, VA 24340

## Preston, Elmer-02127

## "TYRONE" ELMER T. PRESTON v. VIRGINIA HIGHLANDS COMMUNITY COLLEGE

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/05/2023 | Filing fee | 1.00 | $405.00 | $405.00 |
| Service | 12/05/2023 | administrative work- scheduling, coordinating with opposing counsel/party | 0.25 | $90.00 | $22.50 |
| Service | 12/07/2023 | administrative work- scheduling, coordinating with opposing counsel/party | 0.25 | $0.00 | $0.00 |
| Service | 01/02/2024 | administrative work- scheduling, coordinating with opposing counsel/party | 0.25 | $0.00 | $0.00 |
| Service | 01/18/2024 | administrative work- scheduling, coordinating with opposing counsel/party | 0.25 | $90.00 | $22.50 |
| Service | 02/08/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Status? | 0.25 | $0.00 | $0.00 |
| Service | 02/22/2024 | Client correspondence | 0.25 | $90.00 | $22.50 |
| Service | 03/07/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Status? | 0.25 | $0.00 | $0.00 |
| Service | 04/02/2024 | document drafting: Document: 20240402_Request for Summons_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 04/02/2024 | administrative work- scheduling, coordinating with opposing counsel/party | 0.25 | $90.00 | $22.50 |
| Service | 04/04/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Follow up with Court re Summons | 0.25 | $90.00 | $22.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/05/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Follow up with Court re Summons | 0.25 | $90.00 | $22.50 |
| Service | 04/11/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Follow up with Court re Summons | 0.25 | $0.00 | $0.00 |
| Service | 05/02/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Status? | 0.25 | $0.00 | $0.00 |
| Service | 05/14/2024 | administrative work- scheduling, coordinating with opposing counsel/party | 0.25 | $90.00 | $22.50 |
| Service | 05/15/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Follow up with Process Server | 0.25 | $90.00 | $22.50 |
| Service | 05/30/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Follow up with Process Server | 0.25 | $90.00 | $22.50 |
| Service | 06/04/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Follow up with Process Server | 0.25 | $90.00 | $22.50 |
| Service | 06/20/2024 | document drafting: Document: 20240620_TBR_Agreed Order for Amended Complaint_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 06/20/2024 | document drafting: Document: 20240620_TBR_Amended Complaint_Preston.docx | 1.00 | $90.00 | $90.00 |
| Service | 06/21/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VHCC \| Proposed Agreed Order | 0.25 | $90.00 | $22.50 |
| Service | 06/21/2024 | document drafting: Document: 20240621_TBR_Amended Complaint_Preston.docx | 0.50 | $90.00 | $45.00 |
| Service | 06/24/2024 | document drafting: Document: 20240624_TBR_Amended Complaint_Preston.docx | 1.00 | $90.00 | $90.00 |
| Service | 06/24/2024 | document drafting: Document: 20240624_TBR_Amended Complaint_PrestonV2.docx | 1.00 | $90.00 | $90.00 |
| Service | 06/24/2024 | document drafting: Document: 20240624_APR_Motion to File Amended Complaint_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 06/24/2024 | document drafting: Document: 20240624_APR_Order to File Amended Complaint_Preston.docx | 0.25 | $90.00 | $22.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/24/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VHCC \| Motion and Proposed Order to Amend Complaint | 0.25 | $90.00 | $22.50 |
| Service | 06/25/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VHCC \| 1:23-CV-00053 \| Proposed Order to Amend Complaint | 0.25 | $90.00 | $22.50 |
| Service | 07/02/2024 | document drafting: Document: 20240702_TBR_Amended Complaint_Preston.docx | 1.00 | $90.00 | $90.00 |
| Service | 07/08/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VCCS \| Amended Complaint | 0.25 | $90.00 | $22.50 |
| Service | 07/08/2024 | Client correspondence: Fwd: Preston v. VCCS \| Amended Complaint | 0.10 | $90.00 | $9.00 |
| Expense | 07/10/2024 | Process Server: 20240710_PAID_PS_Summons and Complaint_OP_Served 20240520 | 1.00 | $30.00 | $30.00 |
| Service | 07/23/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Filings \| Preston | 0.25 | $90.00 | $22.50 |
| Service | 07/26/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VCCS \| Service of Amended Complaint | 0.25 | $90.00 | $22.50 |
| Service | 08/12/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VCCS \| Response to Motion to Dismiss Amended Complaint | 0.10 | $90.00 | $9.00 |
| Service | 08/12/2024 | Client correspondence: Fwd: Preston v. VCCS \| Response to Motion to Dismiss Amended Complaint | 0.10 | $90.00 | $9.00 |
| Service | 08/23/2024 | brief writing | 5.00 | $300.00 | $1,500.00 |
| Service | 09/04/2024 | meeting with client | 1.00 | $300.00 | $300.00 |
| Service | 09/05/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VCCS \| September 13, 2024 Hearing | 0.25 | $90.00 | $22.50 |
| Service | 09/09/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Re: Preston v. VCCS \| September 13, 2024 Hearing | 0.25 | $90.00 | $22.50 |
| Service | 09/12/2024 | hearing preparation | 4.00 | $300.00 | $1,200.00 |
| Service | 09/13/2024 | hearing | 7.00 | $300.00 | $2,100.00 |
| Service | 10/04/2024 | document drafting: Document: 20241004_TBR_Response to Supplemental Briefing_Preston.docx | 0.25 | $90.00 | $22.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/04/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VCCS \| Response to Supplemental Briefing | 0.25 | $90.00 | $22.50 |
| Service | 10/04/2024 | Client correspondence: Fwd: Preston v. VCCS \| Response to Supplemental Briefing | 0.10 | $90.00 | $9.00 |
| Service | 10/28/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Preston v. VCCS \| Meet and Confer | 0.25 | $90.00 | $22.50 |
| Service | 10/28/2024 | document drafting: Document: 20241028_INFO NEEDED_Joint 26f_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 10/29/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Re: Preston v. VCCS \| Meet and Confer | 0.25 | $90.00 | $22.50 |
| Service | 10/29/2024 | administrative work- scheduling, coordinating with opposing counsel/party: Re: Preston v. VCCS \| Meet and Confer | 0.10 | $90.00 | $9.00 |
| Service | 10/30/2024 | prep and meet and confer | 1.50 | $300.00 | $450.00 |
| Service | 11/01/2024 | prep and meet and confer | 1.50 | $300.00 | $450.00 |
| Service | 11/04/2024 | Client correspondence: Preston v. VCSS \| Scheduling Order | 0.50 | $90.00 | $45.00 |
| Service | 11/20/2024 | document drafting: Document: 20241120_INFO NEEDED_Initial Disclosures_Preston.docx | 0.50 | $90.00 | $45.00 |
| Service | 11/25/2024 | doc review | 0.50 | $300.00 | $150.00 |
| Service | 12/06/2024 | call with client | 1.00 | $300.00 | $300.00 |
| Service | 01/02/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Fwd: mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/06/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Re: mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/08/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Re: mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/10/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Re: mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/14/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Re: mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/16/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Re: mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/20/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Re: mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/22/2025 | administrative work- scheduling, coordinating with | 0.25 | $90.00 | $22.50 |

|  |  | opposing counsel/party: Re: mediation |  |  |  |
|---|---|---|---|---|---|
| Service | 01/24/2025 | Client correspondence: Preston v. VCCS \| Reminder - Mediation | 0.25 | $90.00 | $22.50 |
| Service | 01/24/2025 | call with other: oc | 0.50 | $300.00 | $150.00 |
| Service | 01/31/2025 | call with client | 1.00 | $300.00 | $300.00 |
| Service | 02/10/2025 | document drafting: Document: 20250210_Compliance Letter_Discovery Responses_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 02/12/2025 | Client correspondence: Re: Preston v. VCCS \| Reminder - Mediation | 0.25 | $90.00 | $22.50 |
| Service | 02/18/2025 | document drafting: Document: 20250218_TBR_Settlement Conference_Preston.docx | 1.00 | $90.00 | $90.00 |
| Service | 02/18/2025 | document drafting: Document: 20250218_TBR_Motion for Partial Summary Judgment_Preston.docx | 0.50 | $90.00 | $45.00 |
| Service | 02/19/2025 | document drafting: Document: 20250218_TBR_Settlement Conference_PrestonV2.docx | 0.25 | $90.00 | $22.50 |
| Service | 02/19/2025 | document drafting: Document: 20250219_APR_Settlement Conference_Preston.docx | 0.10 | $90.00 | $9.00 |
| Service | 02/19/2025 | administrative work- scheduling, coordinating with opposing counsel/party: Fwd: 1:23-cv-00053-JPJ-PMS Preston v. Virginia Community College System | 0.25 | $90.00 | $22.50 |
| Service | 02/19/2025 | document drafting: Document: 20250219_INFO NEEDED_Discovery Responses_Preston.docx | 2.00 | $90.00 | $180.00 |
| Service | 02/20/2025 | document drafting: Document: 20250220_TBR_Closing Letter_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 02/20/2025 | document drafting: Document: 20250220_TBR_Order to Withdraw_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 02/20/2025 | document drafting: Document: 20250220_TBR_Motion to Withdraw_Preston.docx | 0.25 | $90.00 | $22.50 |
| Service | 02/21/2025 | mediation prep | 2.00 | $300.00 | $600.00 |
| Service | 02/24/2025 | mediation | 6.00 | $300.00 | $1,800.00 |
| Service | 02/24/2025 | document drafting: Document: 20250224_TBR_Request for Attorney's Fees_Preston.docx | 0.25 | $90.00 | $22.50 |

|  |  | **Total** | **$11,589.00** |
|---|---|---|---|

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1257 | 09/04/2025 | $11,589.00 | $0.00 | $11,589.00 |
|  |  |  | **Outstanding Balance** | **$11,589.00** |
|  |  |  | **Total Amount Outstanding** | **$11,589.00** |

Please make all amounts payable to: Lugar Law

Please pay within 30 days.