**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

| | |
|---|---|
| ELMER T. PRESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-CV-00053 |
| ) | |
| VIRGINIA COMMUNITY ) | |
| COLLEGE SYSTEM, ) | |
| DEFENDANT. ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW REQUEST FOR APPROVAL OF ATTORNEY'S FEES**

On the 5th day of August 2025, the undersigned counsel did file a Request for Approval of Attorney's Fees with this Court.

Now comes said counsel, who does move this Court for leave to withdraw the Request for Approval of Attorney's Fees heretofore filed and to respectfully request that said request be dismissed and stricken from the docket of this Court.

In support of said Motion, the undersigned does state as follows:

The parties have come to an agreement and the request is moot.

Wherefore, the undersigned, respectfully requests that this Court withdraw the Request for Approval of Attorney's Fees, dismiss said request without prejudice, and strike this matter from the docket of this Court.

RESPECTFULLY SUBMITTED,


   /s/ Cerid E. Lugar   

Of Counsel

Cerid E. Lugar (VSB No. 77006)
LUGAR LAW
P.O. Box 8834
Roanoke, VA 24014

Phone: (540) 523-1633
Fax: (540)301-2283

## CERTIFICATE

    The undersigned hereby certifies that on the 7th day of August 2025, the foregoing was electronically mailed to the following:

Faith A. Alejandro (VSB No. 80076)
Katie M. DeCoster (VSB No. 82696)
Lindsay Bunting Eubanks (VSB No. 94686)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218
Telephone (804) 648-1998
Facsimile (804)783-7291
*Counsel for Defendant*

                                                  */s/ Cerid E. Lugar*

                                                  Cerid E. Lugar