**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Abingdon Division**

| | |
|---|---|
| **ELMER T. PRESTON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:23-CV-00053-JPJ-PMS |
| **VIRGINIA COMMUNITY COLLEGE SYSTEM,** | ) |
| **Defendant.** | ) |

**RULE 41 STIPLUATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Elmer T. Preston ("Plaintiff") and Virginia Community College System, ("VCCS"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against VCCS, in the above styled action, with Plaintiff and VCCS to bear their own attorneys' fees, costs and expenses.

Dated: September 8, 2025

                                            **By Counsel**

                                            */s/ Katie M. DeCoster*
Faith A. Alejandro (VSB No. 80076)
Katie M. DeCoster (VSB No. 82696)
Lindsay Bunting Eubanks (VSB No. 94686)
SANDS ANDERSON PC
919 East Main Street, Suite 2300 (Zip: 23219)
P.O. Box 1998
Richmond, Virginia 23219
Office: (804) 648-1636
Fax: (804) 783-7291
Email: falejandro@sandsanderson.com
       kdecoster@sandsanderson.com
       lbuntingeubanks@sandsanderson.com
*Counsel for Virginia Community College System*

**By Counsel**

*/s /*  
Brittany M. Haddox (VSB No. 86416)
HADDOX LAW
1203 Texas Street
Salem, VA 24153
Office: (540) 765-4284
Fax: (540) 380-0065
Email: brittany@haddox.law
*Counsel for Plaintiff Elmer T. Preston*